USCA1 Opinion

 

 [NOT FOR PUBLICATION NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 98-1660 INSTITUTO DE EDUCACION UNIVERSAL CORP., ET AL., Plaintiffs, Appellees, v. U.S. DEPT. OF EDUCATION, ET AL., Defendants, Appellees, ____________________ ANGEL RUIZ RIVERA, Plaintiff, Appellant. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Jose Antonio Fuste, U.S. District Judge] Before Boudin, Circuit Judge, Campbell, Senior Circuit Judge, and Stahl, Circuit Judge.    Angel Ruiz Rivera on brief pro se. Frank W. Hunger, Assistant Attorney General, Guillermo Gil,United States Attorney, and Barbara C. Biddle, Attorney, AppellateStaff, on brief for appellees.APRIL 21, 1999 Per Curiam. Upon careful review of the record and the briefs, it clearly appears that this appeal presents no substantial issue. Given that the district court fees already had been paid and that appellant's motion for in forma pauperis status did not refer to any appeal, nor was there any appealable order at that time, the motion was frivolous. This appeal is likewise frivolous.  The order is affirmed, and the appeal is dismissed.  See 1st Cir. Loc. R. 27.1.                 -2-